IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MISHAWN CHILDERS,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Cause No.  3:22-cv-2615-X |
| **LIFESTYLES UNLIMITED, INC., LIFESTYLES REALTY, INC., LIFESTYLES REALTY DALLAS INC.,** | § § § § § § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with FED. R. CIV. P. 41(a)(1)(ii), Plaintiff and Defendants hereby stipulate to the entry of an order dismissing this action with prejudice on the ground that all matters in dispute between the parties have been fully and finally settled and compromised.  The parties further stipulate that costs should be taxed against the party incurring the same.

    Respectfully submitted,

    By:  /s/ Brian P. Sanford
        BRIAN P. SANFORD
        State Bar No. 17630700
        bsanford@sanfordfirm.com
        ELIZABETH "BB" SANFORD
        State Bar No. 17630700
        esanford@sanfordfirm.com
        State Bar No. 24100618

        THE SANFORD FIRM
        1910 Pacific Ave., Ste. 15400
        Dallas, Texas 75201
        214.717.6653
        214.919.0113 (FAX)
        **ATTORNEYS FOR PLAINTIFF**

By: _____
WALKER F. CROWSON
State Bar No. 24012480
SNELL & WILMER, LLP
1 E. Washington, Suite 2700
Phoenix, AZ 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: wcrowson@swlaw.com

Local Counsel:
ADAM GREENUP
State Bar No. 24103200
SNELL & WILMER, LLP
2501 N. Harwood Street, Suite 1850
Dallas, TX 75201
Telephone: 214.305.7301
Facsimile: 214.305.7351
Email: agreenup@swlaw.com
**ATTORNEYS FOR DEFENDANTS**

4885-5664-6287